HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN MCLOUGHLIN, Bar No. 354051
PHILIP ISSA, DC Bar No. 90007347
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Meghan_McLoughlin@fd.org
Philip_Issa@fd.org

Attorneys for Defendant
GUYANDER STALLWORTH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUYANDER STALLWORTH<br><br>Defendant. | Case No. 2:26-cr-00113-TLN<br><br>**REQUEST FOR APPOINTMENT; NOTICE OF APPEARANCE AND DESIGNATION OF COUNSEL; ~~PROPOSED~~ ORDER** |

Defendant GUYANDER STALLWORTH hereby requests an order appointing the Office of the Federal Defender as counsel in the above-mentioned matter. Mr. Stallworth appeared in this District on October 7, 2026, at which point the Office of the Federal Defender was provisionally appointed, pending receiving additional financial information. *See* Dkt. 28. Defense counsel has since obtained a financial affidavit from Mr. Stallworth and he appears to qualify for appointed counsel. As a result, Mr. Stallworth now requests that the Office of the Federal Defender be appointed in his case.

Further, pursuant to Local Rule 182, both Meghan McLoughlin and Philip Issa now confirm their appearances as counsel of record in this case for GUYANDER STALLWORTH, and designate counsel for service as follows:

//

MEGHAN MCLOUGHLIN
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Meghan_Mcloughlin@fd.org

PHILIP ISSA
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Philip_issa@fd.org

Both counsel hereby certify that they are attorneys admitted to practice in this court.

Dated: October 15, 2026

/s/ Meghan McLoughlin
MEGHAN MCLOUGHLIN
/s/ Philip Issa
PHILIP ISSA
Assistant Federal Defenders
Attorney for Defendant
GUYANDER STALLWORTH

**[~~PROPOSED~~] ORDER**

Upon counsel's representation that defendant GUYANDER STALLWORTH qualifies for appointed counsel, the Office of the Federal Defender is HEREBY APPOINTED in this matter.

IT IS SO ORDERED.

Date: October 15, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE